FILED
CLERK, U.S. DISTRICT COURT

OCT 19 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET M. FEELY, individually and on behalf of other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNRISE SENIOR LIVING, INC., and DOES 1 through 55,<br><br>Defendants. | CASE NO.: 2:11-cv-06601 SVW (AJWx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL**<br><br>Complaint filed: July 7, 2011<br>Removed: August 11, 2011 |

---

CASE NO. 2:11-cv-06601 SVW (AJWx)
[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL

1   The Court having considered the Parties' Joint Stipulation of Dismissal, hereby
2   rules as follows:
3       IT IS HEREBY ORDERED that Plaintiff's Complaint is dismissed, dismissing
4   Plaintiff's individual claims with prejudice and the claims brought on behalf of the
5   putative class without prejudice.
6
7   **IT IS SO ORDERED.**
8
9   DATED: 10/19/11                          _____
10                                           Honorable Stephen V. Wilson
                                             United States District Court Judge